## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Kenneth Alfred Doggett
Attorney at Law
P.O. Box 13498
Alexandria LA 71315-3498

**REHEARING ACTION: January 18, 2012**

**Docket Number: 11   00345-CA**

**WILLARD A. HARP, ET AL.**
**VERSUS**
**PENNY DARRYL PENNEY**

**Appealed from Rapides Parish Case No. 224616**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Penny Darryl Penney** has this day been

    **DENIED.**
    Peters, J., would grant rehearing.

cc: Susan Ford Fiser, Counsel for the Appellee
   E. Grey Burnes Talley, Counsel for the Appellee